# DENIED

## BY ORDER OF THE COURT

FILED
CLERK, U.S. DISTRICT COURT

September 15, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JESUS X. MIRAMONTES, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

U.S. HEALTHWORKS, INC., a California corporation; and DOES 1-10 inclusive,

Defendant.

Case No.: **2:16-cv-04813-SJO (AFMx)**

[Related to Case No. 2:16-cv-05689-SJO-AFM]

[*Assigned to the Honorable S. James Otero*]

**NOTICE OF SETTLEMENT AND REQUEST FOR A ONE-WEEK EXTENSION FOR THE FILING OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**

[Filed Concurrently with Notice of Settlement and Request for One-Week Extension for Filing of Motion for Preliminary Approval]

Complaint Filed:   July 27, 2015

CASE NO.:  2:15-cv-04813-SJO (AFMx)

[PROPOSED] ORDER GRANTING ONE-WEEK EXTENSION FOR THE FILING OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL

# **[PROPOSED] ORDER**

For good cause appearing, the Court orders:

The deadline for Plaintiff Jesus X. Miramontes to file his Motion for Preliminary Approval with respect to Case  No. 2:16-cv-05689-SJO-AFM and Case No.:  2:15-cv-04813-SJO (AFMx) is hereby continued from September 17, 2016 to September 24, 2016.

Dated: September ___, 2016

_____
Hon. S. James Otero
United States District Judge

4842-2040-2478, v.  2